20 P.3d 633

# SUPREME COURT OF HAWAIʻI

January 22, 2001

| | | |
|---|---|---|
| 23129 | State v. Ahuna | Reversed |
| 22745 | State v. Milnikel | Affirmed |

### January 23, 2001

| | | |
|---|---|---|
| 23174 | Doe, In re | Affirmed |

### January 29, 2001

| | | |
|---|---|---|
| 22935 | Garcia v. Administrative Director of Court, State of Hawaiʻi | Affirmed |

### January 30, 2001

| | | |
|---|---|---|
| 23066 | Doe, In re | Affirmed |

### January 31, 2001

| | | |
|---|---|---|
| 23251 | Doe, In re | Affirmed |
| 23312 | State v. Cinense | Affirmed |
| 22415 | State v. Dano | Affirmed |
| 23099 | State v. Dickerson | Affirmed |

### February 8, 2001

| | | |
|---|---|---|
| 23196 | State v. Tabajunda | Affirmed |

### February 21, 2001

| | | |
|---|---|---|
| 23073 | Doe, In re | Affirmed |
| 22778 | Sherwood v. Administrative Director of Court, State of Hawaiʻi | Vacated and Remanded |

### February 28, 2001

| | | |
|---|---|---|
| 23539 | Poe v. Hawaiʻi Labor Relations Bd. | Affirmed |

### March 1, 2001

| | | |
|---|---|---|
| 22881 | Young v. Blaich | Affirmed |

### March 6, 2001

| | | |
|---|---|---|
| 23401 | State v. Lacey | Affirmed |